# Hubbard v. The State.

APPEAL from Gadsden City Court.

Tried before the Hon. JOHN H. DISQUE.

No counsel marked as appearing for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder, and convicted of murder in the second degree. Appeal dismissed.

PER CURIAM.

---

# Cullman v. Weber.

APPEAL from Cullman Circuit Court.

Tried before the Hon. H. C. SPEAKE.

GEORGE H. PARKER, for appellant.

W. T. L. COFER, contra.

This action was begun by attachment of land at the suit of John G. Cullman & Son against Geraldine Weber. There was judgment for the plaintiffs, and John G. Cullman, in his individual capacity, moved to have the lands attached sold under the judgment. Upon objection to the motion on the ground that it was made by Cullman in his individual capacity, he moved to amend by inserting the names of the plaintiffs in attachment as movants. This motion being overruled, plaintiffs took a non-suit. Reversed, non-suit set aside and remanded.

Opinion by McCLELLAN, J.